IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| MIKEAL BOLZ | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:16-CV-503 |
| UNKNOWN DEFENDANTS | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Mikeal Bolz, an inmate formerly confined at the Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against unknown defendants.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's Motion for Protective Order, liberally construed as a Motion for a Temporary Restraining Order, be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. Plaintiff filed objections to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the Court finds the objections lacking in merit. Plaintiff complains of events while incarcerated at the Mark Stiles Unit. At the time of filing the motion, however, plaintiff was incarcerated at the Estelle Unit and has since been transferred again to the Lewis Unit. As plaintiff is no longer incarcerated at the Stiles Unit, his request for injunctive relief is moot. *Tuft v. Texas*, 410 F. App'x 770 (5th Cir. 2011) (citing *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001).

Accordingly, plaintiff's objections are overruled. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.

**SIGNED** this the **23** day of **May, 2019.**

_____
Thad Heartfield
United States District Judge